AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Citizens for Responsibility and Ethics in Washington )
        Plaintiff(s) )
) **APPEARANCE**
)
vs. )
Mike Leavitt and United States Department of Health and Human Services ) CASE NUMBER 08-cv-00576-ESH
)
        Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of  Scott A. Hodes  as counsel in this
(Attorney's Name)

case for: Citizens for Responsibility and Ethics in Washington
(Name of party or parties)

April 7, 2008
Date

*/s/ Scott A. Hodes*
Signature

Scott A. Hodes
Print Name

D.C. Bar # 430375
BAR IDENTIFICATION

P.O. Box 42002
Address

Washington  DC  20015
City    State    Zip Code

301-404-0502
Phone Number