IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, | ) ) ) | |
| Plaintiff, | ) ) | CV-08-0576 (ESH) |
| vs. | ) ) | |
| MICHAEL LEAVITT, SECRETARY, DEPARTMENT OF HEALTH AND HUMAN SERVICES, and | ) ) ) | |
| DEPARTMENT OF HEALTH AND HUMAN SERVICES, | ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), Defendant hereby moves for an enlargement of time until July 1, 2005, in which to answer or otherwise respond to the Complaint. This request is made in good faith and with good cause, as set forth below:

1.  Plaintiff filed its Complaint on April 4, 2008. Defendant's response to the Complaint is due by June 4, 2008.

2.  The undersigned learned she was assigned to this case on May 21, 2008.

3.  Undersigned counsel was in depositions the week of May 26, 2008, and has upcoming travel to the West Coast in the next week.

4.  As a result of undersigned counsel's schedule during this time, and her need to coordinate a response to the Complaint with the relevant agency personnel, Defendant respectfully seeks an extension of time until July 1, 2008, in which to answer or otherwise respond to the Complaint.

5.	Pursuant to Local Rule 7(m), undersigned counsel has consulted with Plaintiff's counsel, Scott Hodes, and Mr. Hodes indicated that Plaintiff does not oppose the requested extension.

Accordingly, Defendant respectfully requests that its motion for an enlargement of time be granted.

Dated: June 2, 2008						Respectfully submitted,

								GREGORY G. KATSAS
								Acting Assistant Attorney General

								JEFFREY A. TAYLOR
								United States Attorney

								ELIZABETH SHAPIRO
								Assistant Branch Director
								Federal Programs Branch



								\s\ Diane Kelleher
								DIANE KELLEHER
								Senior Counsel
								United States Department of Justice
								Civil Division, Rm. 7318
								20 Massachusetts Ave, NW
								Washington, D.C.  20530
								Telephone:	(202) 514-4775
								Fax:		(202) 616-8470
								E-mail:		Diane.Kelleher@usdoj.gov

								*Counsel for Defendant*

-2-

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, ) ) ) Plaintiff, ) ) vs. ) ) MICHAEL LEAVITT, SECRETARY, DEPARTMENT ) OF HEALTH AND HUMAN SERVICES, and ) ) DEPARTMENT OF HEALTH AND HUMAN ) SERVICES, ) ) Defendants. ) ) | CV-08-0576 (ESH) |

### [PROPOSED] ORDER

Upon consideration of DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME, and for cause shown, it is hereby ORDERED that Defendant shall have until July 1, 2008, to answer or otherwise respond to the Complaint.

Dated: _____

ELLEN S. HUVELLE
UNITED STATES DISTRICT JUDGE