IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL LEAVITT, SECRETARY, DEPARTMENT OF HEALTH AND HUMAN SERVICES, and<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>    Defendants. | CV-08-0576 (ESH) |

## DEFENDANTS' ANSWER

Using the same numbered paragraphs as the Complaint, Defendants answer Plaintiff's specific allegations in the Complaint as follows:

1. This paragraph describes the lawsuit filed by Plaintiff and thus contains conclusions of law, not allegations of fact, to which no response is required. To the extent a response is required, Defendants deny the allegations contained in this paragraph.

2. This paragraph describes the relief Plaintiff is seeking in this lawsuit and thus contains conclusions of law, not allegations of fact, to which no response is required. To the extent a response is required, Defendants deny the allegations contained in this paragraph.

### Jurisdiction and Venue

3. This paragraph contains Plaintiff's allegations regarding jurisdiction and venue, which are legal conclusions to which no response is required.

**Parties**

4. Defendants lack knowledge or information sufficient to admit or deny the allegations contained in this paragraph.

5. Defendants lack knowledge or information sufficient to admit or deny the allegations contained in this paragraph.

6. Defendants admit the allegations contained in the first three sentences of this paragraph. The fourth and fifth sentences of this paragraph contain legal conclusions to which no response is required.

7. Defendants admit that Mike Leavitt is the Secretary of the Department of Health and Human Services; the remaining allegations of this paragraph contain legal conclusions to which no response is required.

8. Defendants deny the allegations contained in the first two sentences of this paragraph. Defendants lack knowledge or information sufficient to admit or deny the allegations contained in the third sentence of this paragraph.

9. Defendants lack knowledge or information sufficient to admit or deny the allegations contained in this paragraph.

10. Defendants lack knowledge or information sufficient to admit or deny the allegations contained in this paragraph.

## STATUTORY FRAMEWORK

### The Federal Advisory Committee Act

11.  This paragraph contains Plaintiff's characterization of the legal requirements imposed by the Federal Advisory Committee Act ("FACA"); as such, the paragraph contains legal conclusions to which no response is required.  To the extent a response is required, Defendants respectfully refer the Court to 5 U.S.C. App. §§ 2, 3 for a full and accurate description of their provisions.

12.  This paragraph contains Plaintiff's characterization of the legal requirements imposed by FACA; as such, the paragraph contains legal conclusions to which no response is required.  To the extent a response is required, Defendants respectfully refer the Court to 5 U.S.C. App. §§ 3, 4 for a full and accurate description of their provisions.

13.  This paragraph contains Plaintiff's characterization of the legal requirements imposed by FACA; as such, the paragraph contains legal conclusions to which no response is required.  To the extent a response is required, Defendants respectfully refer the Court to 5 U.S.C. App. § 9 for a full and accurate description of its provisions.

14.  This paragraph contains Plaintiff's characterization of the legal requirements imposed by FACA; as such, the paragraph contains legal conclusions to which no response is required.  To the extent a response is required, Defendants respectfully refer the Court to 5 U.S.C. App. § 5 for a full and accurate description of its provisions.

15.  This paragraph contains Plaintiff's characterization of the legal requirements imposed by FACA; as such, the paragraph contains legal conclusions to which no response is required.  To the extent a response is required, Defendants respectfully refer the Court to 5

U.S.C. App. § 10 and 5 U.S.C. § 552 for a full and accurate description of their provisions.

16.     This paragraph contains Plaintiff's characterization of the legal requirements imposed by FACA; as such, the paragraph contains legal conclusions to which no response is required. To the extent a response is required, Defendants respectfully refer the Court to 5 U.S.C. App. § 10 for a full and accurate description of its provisions.

### FACTS GIVING RISE TO PLAINTIFF'S CLAIM FOR RELIEF

17.     This paragraph contains characterizations of and quotations from a February 28, 2008 letter from Plaintiff to Patricia Brown, the Acting Director of Head Start. To the extent that this paragraph characterizes the contents of that letter, the letter speaks for itself, and the Court is respectfully referred to the letter for a complete and accurate statement of its contents.

18.     This paragraph contains characterizations of and quotations from a February 28, 2008 letter from Patricia Brown, the Acting Director of Head Start, to Plaintiff. To the extent that this paragraph characterizes the contents of that letter, the letter speaks for itself, and the Court is respectfully referred to the letter for a complete and accurate statement of its contents.

19.     Defendants admit the allegations contained in the first sentence of this paragraph. The allegations in the second sentence of this paragraph contain characterizations of a press release; to the extent that this paragraph characterizes the contents of that release, the release speaks for itself, and the Court is respectfully referred to the letter for a complete and accurate statement of its contents.

20.     This paragraph contains characterizations of and quotations from a March 4, 2008 letter from Plaintiff to Patricia Brown, the Acting Director of Head Start. To the extent that this paragraph characterizes the contents of that letter, the letter speaks for itself, and the Court is

respectfully referred to the letter for a complete and accurate statement of its contents.

21.    This paragraph contains characterizations of and quotations from a March 7, 2008 letter from Patricia Brown, the Acting Director of Head Start, to Plaintiff. To the extent that this paragraph characterizes the contents of that letter, the letter speaks for itself, and the Court is respectfully referred to the letter for a complete and accurate statement of its contents.

22.    This paragraph contains conclusions of law, not allegations of fact, to which no response is required. To the extent a response is required, Defendants deny the allegations contained in this paragraph.

## PLAINTIFF'S CLAIMS FOR RELIEF

## CLAIM ONE

### (Failure to Produce Records)

23.    Defendants incorporate their prior responses to all preceding paragraphs.

24.    This paragraph contains conclusions of law, not allegations of fact, to which no response is required. To the extent a response is required, Defendants deny the allegations contained in this paragraph.

25.    This paragraph contains conclusions of law, not allegations of fact, to which no response is required. To the extent a response is required, Defendants deny the allegations contained in this paragraph.

26.    This paragraph contains conclusions of law, not allegations of fact, to which no response is required. To the extent a response is required, Defendants deny the allegations contained in this paragraph.

27. This paragraph contains conclusions of law, not allegations of fact, to which no response is required. To the extent a response is required, Defendants deny the allegations contained in this paragraph.

## CLAIM TWO

### (Failure to Comply with Open Meetings and Disclosure Provision of FACA)

28. Defendants incorporate their prior responses to all preceding paragraphs.

29. This paragraph contains conclusions of law, not allegations of fact, to which no response is required. To the extent a response is required, Defendants deny the allegations contained in this paragraph.

30. This paragraph contains conclusions of law, not allegations of fact, to which no response is required. To the extent a response is required, Defendants deny the allegations contained in this paragraph.

## CLAIM THREE

### (Failure to Publish a FACA Charter)

31. Defendants incorporate their prior responses to all preceding paragraphs.

32. This paragraph contains conclusions of law, not allegations of fact, to which no response is required. To the extent a response is required, Defendants deny the allegations contained in this paragraph.

33. This paragraph contains conclusions of law, not allegations of fact, to which no response is required. To the extent a response is required, Defendants deny the allegations contained in this paragraph.

The remaining portions of the Complaint contain Plaintiff's prayer for relief, not

allegations of fact, and thus no response is required; to the extent a response is required, Defendants deny that Plaintiff is entitled to the requested relief or to any relief at all.

Except to the extent expressly admitted or qualified above, Defendants deny each and every allegation in the Complaint.

Dated: July 1, 2008                     Respectfully submitted,

AMY WEISER                              GREGORY G. KATSAS
Office of the General Counsel           Acting Assistant Attorney General
Department of Health and
 Human Services                         JEFFREY A. TAYLOR
                                        United States Attorney

                                        ELIZABETH J. SHAPIRO
                                        Assistant Branch Director
                                        Federal Programs Branch



                                        \s\ Diane Kelleher
                                        DIANE KELLEHER
                                        Senior Counsel
                                        United States Department of Justice
                                        Civil Division, Rm. 7318
                                        20 Massachusetts Ave, NW
                                        Washington, D.C.  20530
                                        Telephone:   (202) 514-4775
                                        Fax:         (202) 616-8470
                                        E-mail:      Diane.Kelleher@usdoj.gov