**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA**

_____

|  |  |  |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, | ) ) ) | |
| Plaintiff, | ) ) | CV-08-0576 (ESH) |
| vs. | ) ) | |
| MICHAEL LEAVITT, SECRETARY, DEPARTMENT OF HEALTH AND HUMAN SERVICES, and | ) ) ) | |
| DEPARTMENT OF HEALTH AND HUMAN SERVICES, | ) ) ) | |
| Defendants. | ) ) | |

_____ )

**STATEMENT OF MATERIAL FACTS AS
TO WHICH THERE IS NO GENUINE ISSUE**

Pursuant to Local Rule 7.1(h), Defendants Michael Leavitt, Secretary, Department Health and Human Services, and the Department of Health and Human Services, submit this statement of material facts as to which there is no genuine issue:

1.    Plaintiff sent a letter to the Acting Director of the Office of Head Start, Patricia Brown on February 28, 2008; in that letter, Plaintiff indicated that it had learned – through unspecified means – that Head Start planned to seek "the advice and recommendations of a group of private individuals concerning a massive revision of the Head Start performance standards." Compl., ¶ 17.  As such, Plaintiff contended that the meeting was subject to the Federal Advisory Committee Act ("FACA").  Id.

2.    In response, Director Brown sent a letter dated February 28, 2008, stating that the meeting about which Plaintiff had inquired was not subject to FACA "because the purpose of the

meeting is for individuals to voice their individual opinions rather than to consult with the group." Compl. at ¶ 18, Ex. B.

     3.     Plaintiff sent a follow-up letter to Director Brown on March 4, 2008, in which it noted that Secretary Leavitt had recently announced the nomination of eight individuals to the Advisory Committee on Re-Designation of Head Start Grantees; Plaintiff asked if this Advisory Committee was the same was the group referenced in its February 28, 2008 letter. Id. at ¶ 20, Ex. D.

     4.     Director Brown replied to Plaintiff by letter dated March 7, 2008, stating that the Advisory Committee was not the "same group that you referenced in your February 28, 2008 letter." Id. at ¶ 21, Ex. E. As noted by Director Brown, the Advisory Committee on Re-Designation of Head Start Grantees is subject to FACA. Id.

     5.     Plaintiffs filed the instant lawsuit approximately a month later, on April 3, 2008. See Compl. at 1.

     6.     The Head Start program promotes school readiness of low-income children by enhancing their cognitive, social and emotional development through the provision of educational, health, nutritional, social and other services to enrolled children and families. See Declaration of Patricia E. Brown, Acting Director, Office of Head Start, dated June 30, 2008, at ¶ 3 (attached hereto as Exhibit 1). Head Start programs engage parents in their children's learning and help them in making progress toward their educational, literacy and employment goals. Id.

     7.     The Department of Health and Human Services administers the Head Start program by funding and exercising oversight stewardship of the approximately 1,600 local

community organizations that provide Head Start services to low-income children and families in their community.  Id. at ¶ 6.  All Head Start programs are responsible for serving a specified community or communities.  Id.  They must identify all eligible families in their community and, subject to the limitations of their annual funding grant, serve as many children and families as possible, giving priority to those most in need of a Head Start experience.  Id.  Currently, at least 90% of all enrolled children must be from families with incomes below the poverty line or families receiving public assistance (although the recent law reauthorizing Head Start requires regulations to be adopted that will, in certain circumstances, allow programs to serve up to 35% of their enrollment from families with incomes between 100%-130% of poverty.).  Id.

8.    Plaintiff's lawsuit relates to two meetings that were organized by the Office of Head Start within the Department of Health and Human Services ("OHS").  Id. at ¶ 9.  These meetings occurred in March 2008; the first meeting occurred on March 4-5, 2008, and the second meeting took place on March 25-26, 2008.  Id.  Both were held at the Hotel Palomar in Arlington, VA.  Id.  Attendees at the meetings included OHS staff and experts from various fields, including early childhood education, child health care, family services (including linguistically and culturally appropriate services to non-English speaking children and their families), administration, and financial management, and experience in the operation of Head Start programs.  Id.  Experts attending the March 25-26, 2008 meeting were also experienced in these areas and their applications to tribal areas.  Id.[1]

---

[1]  The meetings will be referred to herein as "the March 2008 performance standard meetings."

9.    The purpose of these meetings was for OHS staff to fulfill a statutory obligation to consult with subject-matter experts in these fields prior to proposing modifications to Head Start's performance standards for its agencies and grantees.  Id. at ¶ 10.  Congress provided for this consultation in a recently enacted statute, the Head Start for School Readiness Act of 2007, which was signed by the President on December 12, 2007.  Id.

10.    The obligation is set forth in 42 U.S.C. § 9836A(a)(2), which provides that,

> In developing any modifications to standards required under paragraph

>> (1), the Secretary shall-

>>> consult with experts in the fields of child development, early childhood education, child health care, family services (including linguistically and culturally appropriate services to non-English speaking children and their families), administration, and financial management, and with persons with experience in the operation of Head Start programs . . .

11.    OHS organized the March 2008 meetings to fulfill its statutory obligation to consult with experts prior to proposing changes to its "program performance standards by regulation applicable to Head Start agencies and programs."  42 U.S.C. § 9836(A)(a)(1); see also Brown Decl., ¶¶ 10-12.   The last time these performance standards were revised was in 1993-94. Id. at ¶ 12.

12.    OHS invited a number of experts - approximately 50 - to attend the March 2008 performance standard meetings.  Id. at ¶ 13.  OHS officials informed the experts attending the meetings that they were there to "help inform the Federal staff of the 'state of the art' in areas

relevant to Head Start." <u>See</u> <u>id.</u> at ¶ 14, Ex. A.  Some of the questions OHS staff wanted to

discuss (<u>id.</u>) included:

What are the most significant advances in your field?

What do you consider to be the best practices in your field?

If you were developing or amending standards in your field, what would they look like?

Where has Head Start excelled in delivering services to children and families and where we could do better?

How can the current standards be improved to allow for more clarity, to improve collaboration, and to best support services to children and families?

13.    OHS selected the experts to invite through a process that involved researching and

finding experts in the statutorily-mandated fields (early childhood education, child health care,

family services (including linguistically and culturally appropriate services to non-English

speaking children and their families), administration, and financial management, and with

persons with experience in the operation of Head Start programs), and then contacting those

experts to determine if they were available for, and interested in, the March 2008 performance

standard meetings.  <u>Id.</u> at ¶ 15.

14.    For experts attending the March 2008 performance standard meetings, OHS

agreed to pay for their travel costs (if they resided more than 50 miles outside of downtown

Washington D.C.), their hotel stay, a per diem for meals, and an honorarium of $200 per day for

participating in the conference.  <u>Id.</u> at ¶ 16.

15.    The attendees for the March 2008 performance standards meetings did not have

an organized structure or fixed membership.  <u>Id.</u> at ¶ 17.  There was no attempt to achieve

consensus among those attending; the discussions were loose and unstructured.  Id.  They

convene only to offer their own opinions regarding their individual areas of expertise.  Id.

16.    The agendas for the meetings provided for both large group and small group

discussions.  See id. at ¶ 18, Exs. C-D.  During these discussions, the experts shared their

personal views on various issues, including (but not limited to) questions regarding appropriate

quality and outcome measures in areas of education, health services, nutrition and assessment;

the attendant costs to grantees of imposing rigorous standards; and whether standards should be

tied to what is customary and usual in state licensing, health and other requirements.  Id.  Other

than the agenda, which set forth the meeting schedule, the March 2008 performance standards

meetings had no structure or organization and represent the only occasion on which these two

groups of experts were ever convened.  Id. at ¶ 18.

17.    The experts were also attending the meeting in their personal capacities and were

not asked to convey the views of their various organizations.  Id. at ¶ 19.  The experts did not

take any positions as a group, and they did not provide any recommendations to OHS staff who

attended the meeting.  Id. at ¶ 20.

18.    OHS staff attending the March 2008 performance standard meetings listened to

what the experts had to say; no documents were generated as a result of the meeting (other than

notes).  Id. at ¶ 21.  As noted above, the input provided by the experts attending the March 2008

performance standards meetings was provided only on an individual basis.  Id. at ¶ 21.

19.    OHS has not followed-up or contacted these experts since the March 2008

performance standards meetings concluded.  Id. at ¶ 22.

20.     OHS is currently working on proposed modifications to performance standards for agencies and grantees. Id. at ¶ 23. These modifications will eventually be published as a notice of proposed rulemaking in the Federal Register. Id. Interested persons and organizations will be given the opportunity to comment on any proposed changes to the Head Start performance standards before any changes are finalized. Id.

21.     The groups who attended the March 2008 performance standards meetings are not the same as the formal advisory committee on Re-Designation of Head Start Grantees convened by Secretary Leavitt and chartered on January 8, 2008. Id. at ¶ 24, Ex. E. That committee is a formal advisory committee and is subject to all the provisions of FACA. Id.

Dated: July 1, 2008

AMY WEISER
Office of the General Counsel
Department of Health and
  Human Services

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

ELIZABETH J. SHAPIRO
Assistant Branch Director
Federal Programs Branch


*\s\ Diane Kelleher*            
DIANE KELLEHER
Senior Counsel
United States Department of Justice
Civil Division, Rm. 7318
20 Massachusetts Ave, NW
Washington, D.C.  20530
Telephone:     (202) 514-4775
Fax:               (202) 616-8470
E-mail:           Diane.Kelleher@usdoj.gov

*Counsel for Defendants*

# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, | ) ) ) | |
| Plaintiff, | ) ) | CV-08-0576 (ESH) |
| vs. | ) ) ) | |
| MICHAEL LEAVITT, SECRETARY, DEPARTMENT OF HEALTH AND HUMAN SERVICES, and | ) ) ) | |
| DEPARTMENT OF HEALTH AND HUMAN SERVICES, | ) ) ) | |
| Defendants. | ) ) | |

## DECLARATION OF PATRICIA E. BROWN

I, PATRICIA E. BROWN, hereby declare as follows:

1.        I am Patricia Brown. I make this declaration in support of the motion for summary judgment filed by the Defendants in the above-referenced suit.

2.        I currently serve as the Acting Director of the Office of Head Start in the Administration for Children and Families, Department of Health and Human Services. I have served in this position since September 2007.

3.        As the Acting Director, I am responsible for the Office of Head Start ("OHS"), which promotes school readiness of low-income children by enhancing their cognitive, social and emotional development through the provision of educational, health, nutritional, social and other services to enrolled children and families. Head Start programs engage parents in their children's learning and help them in making progress toward their educational, literacy and employment

goals. Many current and former Head Start parents are employed by local Head Start programs.

4.      Prior to being appointed as the Acting Director of OHS, I served as the Regional Administrator for the Region VII Office of the Administration for Children and Families. I have over 33 years of experience in working with children and family well being issues at both the state and federal levels. I worked 18 years for the Missouri Department of Social Services as the Child Welfare Administrator in the Kansas City Office.

5.      I began my career with ACF as a Child Welfare Specialist in 1993 and was later promoted to several positions including the Director of the Office of State and Tribal Programs (responsibility for Child Welfare, Child Care, TANF, Developmental Disabilities, Child Support Enforcement and Tribal programs), Director of the Office for Community Operations (OHS and Run Away Homeless Youth programs) and OHS Regional Program Manager after ACF's re-organization in October, 2006. I am a graduate of Louisiana State University.

6.      The Department of Health and Human Services ("DHHS") administers the Head Start program by funding and exercising oversight stewardship of the approximately 1,600 local community organizations that provide Head Start services to low-income children and families in their community. All Head Start programs are responsible for serving a specified community or communities. They must identify all eligible families in their community and, subject to the limitations of their annual funding grant, serve as many children and families as possible, giving priority to those most in need of a Head Start experience.

Currently, at least 90% of all enrolled children must be from families with incomes below the poverty line or families receiving public assistance (although the recent law reauthorizing Head Start requires DHHS to develop regulations that will, in certain circumstances, allow programs to serve up to 35% of their enrollment from families with incomes between 100%-130% of poverty.)

7.      Head Start programs are located throughout the United States; providing OHS services at approximately 19,000 different locations. In FY 2007, approximately 900,000 children were served by Head Start with a budget of $6.9 billion.

8.      I make this declaration based on my personal knowledge or on information made known to me in the course of my official duties.

9.      The plaintiff's lawsuit relates to two meetings that were organized by OHS. These meetings occurred in March 2008. The first meeting occurred on March 4-5, 2008, and the second meeting took place on March 25-26, 2008. Both were held at the Hotel Palomar in Arlington, VA. Attendees at the meetings included OHS staff and experts from various fields. These fields included child health care, family services (including linguistically and culturally appropriate services to non-English speaking children and their families), administration, and financial management, and experience in the operation of Head Start programs. Experts attending the March 25-26, 2008 meeting were also experienced in these fields and their specific applications to tribal areas. For the case of reference, I will refer to both meetings as the March 2008 performance standard meetings.

10.     The purpose of the March 2008 performance standards meetings was for
OHS staff to fulfill a statutory obligation to consult with subject-matter experts in
these fields prior to proposing modifications to Head Start's performance
standards for its agencies and grantees.  Congress provided for this consultation in
a recently enacted statute, the Head Start for School Readiness Act of 2007,
which was signed by the President on December 12, 2007.

11.     The obligation is set forth in 42 U.S.C. § 9836A(a)(2), which provides
that,

> In developing any modifications to standards required under
> paragraph
>
>   (1), the Secretary shall—
>
>> consult with experts in the fields of child
>> development, early childhood education,
>> child health care, family services (including
>> linguistically and culturally appropriate
>> services to non-English speaking children
>> and their families), administration, and
>> financial management, and with persons
>> with experience in the operation of OHS
>> programs . . . .

12.     OHS organized the March 2008 meetings to fulfill its statutory obligation
to consult with experts prior to proposing changes to its "program performance
standards by regulation applicable to OHS agencies and programs." 42 U.S.C. §
9836(A)(a)(1).  The last time these performance standards were revised was in
1993-94.

13.     OHS invited a number of experts – approximately 50 – to attend the
March 2008 performance standard meetings.

14.     OHS officials informed the experts attending the meetings that they were
there to "help inform the Federal staff of the 'state of the art' in areas relevant to
Head Start." See February 29, 2008 Letter from Patricia E. Brown, Acting
Director, OHS (attached hereto as Exhibit A). Some of the questions OHS staff
wanted to discuss (id.) included:

> What are the most significant advances in your field?
>
> What do you consider to be the best practices in your
> field?
>
> If you were developing or amending standards in your
> field, what would they look like?
>
> Where has Head Start excelled in delivering services
> to children and families and where we could do
> better?
>
> How can the current standards be improved to allow
> for more clarity, to improve collaboration, and to best
> support services to children and families?

15.     OHS selected the experts to invite through a process that involved
researching and finding experts in the statutorily-mandated fields noted above,
and then contacting those experts to determine if they were available for, and
interested in, the March 2008 performance standard meetings.

16.     For experts attending the March 2008 performance standard meetings,
OHS agreed to pay for their travel costs (if they resided more than 50 miles
outside of downtown Washington D.C.), their hotel stay, a per diem for meals,
and an honorarium of $200 per day for participating in the conference. See
February 21, 2008 Letter from Patricia E. Brown (attached as Exhibit B).

17.    The attendees for the March 2008 performance standards meetings did not have an organized structure or fixed membership. There was no attempt to achieve consensus among those attending; the discussions were loose and unstructured. They convened only to offer their own opinions regarding their individual areas of expertise.

18.    The agenda for the meetings provided for both large group and small group discussions. See Agenda for March 4-5, 2008 Meeting (attached as Exhibit C); Agenda for March 25-26, 2008 Meeting (attached as Exhibit D). During these discussions, the experts shared their personal views on various issues, including (but not limited to) questions regarding appropriate quality and outcome measures in areas of education, health services, nutrition and assessment; the attendant costs to grantees of imposing rigorous standards; and whether standards should be tied to what is customary and usual in state licensing, health and other requirements. Other than the agenda, which set forth the meeting schedule, the March 2008 performance standards meetings had no structure or organization and represent the only occasion on which these two groups of experts were ever convened.

19.    The experts attended the meetings in their personal capacities and were not asked to convey the views of their various organizations.

20.    The experts did not take any positions as a group, and they did not provide any recommendations to OHS staff who attended the meeting.

21.    OHS staff attending the March 2008 performance standard meetings listened to what the experts had to say; no documents were generated as a result of the meeting (other than notes). The input provided by the experts attending the

March 2008 performance standards meetings was provided only on an individual basis.

22.     OHS has not followed-up or contacted these experts since the March 2008 performance standards meetings concluded.

23.     I understand plaintiffs are alleging that the March 2008 performance standards meetings were an effort to undertake a "massive revision of Head Start performance standards." Compl., Para. 17. The consultation with the experts was a pre-requisite set by Congress for the modification of performance standards for OHS grantees; OHS is currently working on proposed modifications to performance standards for agencies and grantees. These modifications will eventually be published as a notice of proposed rulemaking in the Federal Register. Interested persons and organizations will be given the opportunity to comment on any proposed changes to OHS performance standards before any changes are finalized.

24.     I note that the groups who attended the March 2008 performance standards meetings are entirely separate from the formal advisory committee on the Re-Designation of Head Start Grantees convened by Secretary Leavitt and chartered on January 8, 2008. That committee is a formal advisory committee and is subject to all the provisions of FACA. See May 30, 2008 Letter to Scott Hodes (attached at Exhibit E).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

is true and correct.

Dated: _6/30/08_____

PATRICIA E. BROWN

# EXHIBIT A



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

ADMINISTRATION FOR CHILDREN AND FAMILIES
Office of Head Start
1250 Maryland Avenue, SW
8th Floor
Washington, DC 20024

February 29, 2008

Dear Colleague:

We are looking forward to seeing you next week at the Expert Consultants meeting with the Office of Head Start. I want to provide you with some information on the meeting.

Federal staff are currently in the process of reviewing the *Head Start Program Performance Standards* in light of the Improving Head Start for School Readiness Act of 2007. This is also an opportunity to update and improve the standards as appropriate.

As part of this effort, 32 consultants with diverse expertise have been invited to Washington to help inform the Federal staff of the "state of the art" in areas relevant to Head Start. Some of the points we are hoping to hear from you about are:

- What are the most significant advances in your field?
- What do you consider to be best practices in your field?
- If you were developing or amending standards in your field, what would they look like?
- Where has Head Start excelled in delivering services to children and families and where could we do better?
- How can the current standards be improved to allow for more clarity, to improve collaboration, and to best support services to children and families?

Some of the Expert Consultants meeting will be large-group discussion of broad, cross-cutting issues. The meeting will also include small-group discussions. These will focus on issues related to health; oral health and nutrition; child development, early childhood education, children who speak languages other than English and their families, disabilities, mental health, assessment; family and community partnerships, and program design and management. The meeting will begin at 9:00 on both mornings and will adjourn at 4:30 on the 5th.

Attached for your information is a PDF of the Improving Head Start for School Readiness Act of 2007. Also attached is an Information Memorandum (with Attachment) prepared for Head Start grantees that provides an overview of some of the major requirements in the Act that have an impact on Head Start programs. These materials as well as the *Head Start Program Performance Standards* are also available through the Early Childhood Learning and Knowledge Center (ECLKC) at http://eclkc.ohs.acf.hhs.gov/hslc. If you are staying at the Hotel Palomar on Monday night, copies of the Act of 2007 and the *Head Start Program Performance Standards* will be available at the front desk as well as at the meeting on Tuesday morning.

Thank you again for your willingness to lend your knowledge and expertise to this effort to provide quality services to our nation's children and families. We look forward to seeing you on Tuesday!

Sincerely,

Patricia E. Brown
Acting Director
Office of Head Start

# EXHIBIT  B

February 21, 2008

Dear Colleague:

On behalf of the Office of Head Start, I want to thank you for agreeing to participate in the Expert Consultation on the Head Start Program Performance Standards. The meeting will be held on March 4-5, 2008 at the Hotel Palomar in Arlington, Virginia. The meeting begins at 9 a.m. on March 4 and adjourns at 5 p.m. on March 5.

Pal-Tech will cover the cost of your hotel and travel expenses if you live more than 50 miles outside of downtown Washington, D.C. If you are coming from out of town, we will make hotel reservations for you at the Hotel Palomar, 1121 N. 19th St., Arlington, VA. Upon arrival, you will need to give the hotel your credit card number (or other form of payment) for incidental expenses, as well as any additional nights you may wish to stay. The contact for your hotel is Tara Nordlander at Pal-Tech, tnordlander@pal-tech.com and telephone 703-247-8323.

Your travel arrangements should be made through Alta Travel. Please call 1-800-766-9930 and request to speak to Steve, identifying yourself as a participant in the Consultants Meeting. *Due to regulations for travel reimbursement, transportation purchased through other sources will not be reimbursed.* Ground transportation to and from the airport and meeting site will be reimbursed provided you submit receipt(s).

If you choose to drive to the meeting (in lieu of air or rail transportation), you will be reimbursed for actual mileage at the rate of $0.485 per mile, not to exceed the cost of round-trip coach airfare. Hotel parking is considered a ground transportation expense and will be reimbursed with receipt(s).

If your agency policies permit, you will also receive an honorarium in the amount of $200 per day for your participation in the conference. You will also receive a per diem to cover meals and incidentals during your stay. The honorarium and the per diem will be paid after the conference, once you have submitted your travel expense form.

In preparation for the meeting, we will be sending you additional information including an agenda. We appreciate your participation in the Consultants Meeting and look forward to seeing you soon.

Sincerely,

/s/

Patricia E. Brown
Acting Director
Office of Head Start

# EXHIBIT  C





## Expert Consultation with the Office of Head Start
### March 4-5, 2008
### Hotel Palomar, Arlington, VA

**March 4**

| | |
|---|---|
| 9:00 a.m. | Welcome and Overview of Meeting |
| 9:15 a.m. | Overview of Reauthorization Changes |
| 10:00 a.m. | Overview of Current Program Performance Standards |
| 10:45 a.m. | Break |
| 11:00 a.m. | Large Group Discussion: Current State of Your Fields |
| 12:30 p.m. | Lunch (on your own) |
| 1:30 p.m. | Large Group Discussion: Current Standards |
| 2:30 – 5:00 p.m. | Small Group Discussions (take your break when you wish) |

- Health (child health, oral health, nutrition)
- Family and Community Partnerships
- Child Development (assessment, disabilities, early education, infants and toddlers)
- Program Design and Management

**March 5**

| | |
|---|---|
| 9:00 a.m. | Small Group Discussions continued: |

- Health (child health, oral health, nutrition)
- Family and Community Partnerships
- Child Development (assessment, disabilities, early education, infants and toddlers)
- Program Design and Management

| | |
|---|---|
| 12:00 p.m. | Lunch (on your own) |
| 1:00 p.m. | Large Group Discussion:  Systems Issues and Service Intersections |
| 3:00 p.m. | Break |
| 3:15 p.m. | Large Group Discussion: Other Issues and Concerns Not Covered |
| 4:15 p.m. | Wrap Up |

# EXHIBIT D





## AIAN Tribal Consultation with the Office of Head Start
### March 25-26, 2008
### Hyatt Regency Washington, Washington, DC

**March 25**

*Ticonderoga Room – Basement Level*

| | |
|---|---|
| 9:00 a.m. | Welcome and Overview of Meeting |
| 9:15 a.m. | Overview of Reauthorization Changes |
| 10:00 a.m. | Overview of Current Program Performance Standards |
| 10:45 a.m. | Break |
| 11:00 a.m. | Large Group Discussion: Current State of Your Fields |
| 12:30 p.m. | Lunch (on your own) |
| 1:30 p.m. | Large Group Discussion: Current Standards |

*Ticonderoga and Breakout Rooms 2nd Floor: Yellowstone, Grand Teton, Glacier, Bryce, Yosemite*

2:30 – 5:00 p.m.    Small Group Discussions

- Health
- Family and Community Partnerships
- Child Development (assessment, language preservation, disabilities, early education, infants and toddlers)
- Program Design and Management (administration, financial management)

**March 26**

*Ticonderoga and Breakout Rooms 2nd Floor: Yellowstone, Grand Teton, Glacier, Bryce, Yosemite*

9:00 a.m.    Small Group Discussions continued:

- Health (child health, oral health, nutrition)
- Family and Community Partnerships
- Child Development (assessment, language preservation, disabilities, early education, infants and toddlers)
- Program Design and Management (administration, financial management)

12:00 p.m.    Lunch (on your own)

*Ticonderoga Room – Basement Level*

| | |
|---|---|
| 1:00 p.m. | Large Group Discussion: Systems Issues and Service Intersections |
| 3:00 p.m. | Break |
| 3:15 p.m. | Large Group Discussion: Other Issues and Concerns Not Covered |
| 4:15 p.m. | Wrap Up |

# EXHIBIT  E



ADMINISTRATION FOR CHILDREN AND FAMILIES
**Office of Head Start**
8th Floor Portal Building
1250 Maryland Avenue, SW
Washington, DC 20024

May 30, 2008

Mr. Scott A. Hodes
Attorney at Law
P.O. Box 42002
Washington, DC 20015

Dear Mr. Hodes:

Thank you for your interest on the Secretary's Advisory Committee on Re-Designation of
Head Start Grantees. Secretary Leavitt charted the Advisory Committee January 8, 2008.
The charter is available on the Federal Advisory Committee Database website at:
http://www.fido.gov/facadatabase/public.asp.

As you note the first Advisory Committee meeting was held March 12 -13, 2008 in
Washington, DC. In the enclosed Federal Register notice announcing the March meeting,
we provided an e-mail address (AdvisoryCommittee@pal-tech.com) to be used for all
requests for information and meeting materials. These materials were provided to 23
individuals and organizations through this mechanism (copy of meeting materials
enclosed). We have also posted the meeting summary on the FACA database website. If
you would like electronic copies of these materials please e-mail that request to the above
e-mail address.

The second Advisory Committee meeting will be taking place June 4-5th at the Four Points
by Sheraton at 1201 K Street, NW, Washington, DC. This meeting has also been
announced in the Federal Register. In addition, we alerted all individuals who attended the
first meeting and all those that had requested information of the meeting dates, time and
location. Through our targeted efforts we alerted 38 individuals and organizations, as well
as using the Federal Register process.

We hope to have information available shortly after the June meeting and will be happy to
send it to you directly. We will immediately send out the presentations, as we did in
March.

Page 2 – Mr. Scott A. Hodes

We are striving to keep the important work of this committee as transparent and open as possible and we take the statutory and regulatory requirements governing Federal Advisory Committees very seriously.

Sincerely,

Patricia Brown
Acting Director
Office of Head Start

Enclosures