UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil No. 08-cv-0576-ESH |
| MICHAEL LEAVITT, Secretary of the Department ) of Health and Human Services, *et al.*, ) ) | |
| Defendants. ) ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT**

Plaintiff, in the above-captioned case hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time to file its Opposition to Defendants' Motion for Summary Judgment. Defendant, through counsel, has indicated that Defendants do not oppose this motion.

Plaintiff seeks to extend the deadline for its Opposition to Defendants' Motion for Summary Judgment, until July 22, 2008.

This is Plaintiff's first request for an extension of time in the instant action. Good cause exists to grant Plaintiff's request for an extension of time. Plaintiff is in the process of completing its Opposition to Defendants' Motion for Summary Judgment that is currently scheduled to be filed on July 15, 2008. Counsel for Plaintiffs are also working on a number of other litigation matters with the federal government, some of which have arisen since Defendants filing of the dispositive motion in this matter. Thus, to fully

2

address all of these matters, Plaintiff seeks an enlargement of time in this action up to and including July 22, 2008. A proposed Order is attached hereto.

Dated: July 14, 2008                                    Respectfully Submitted,


                                                        _____/s/_____
                                                        Scott A. Hodes (D.C. Bar No. 430375)
                                                        Scott A. Hodes, Attorney at Law
                                                        P.O. Box 42002
                                                        Washington, D.C. 20015
                                                        Phone (301) 404-0502
                                                        Fax (413) 641-2833

                                                        _____/s/_____
                                                        Anne L. Weisman (D.C. Bar No. 298190)
                                                        Melanie Sloan (D.C. Bar No. 434584)
                                                        Citizens for Responsibility
                                                        And Ethics in Washington
                                                        1400 Eye Street, N.W.
                                                        Suite 450
                                                        Washington, D.C. 20005
                                                        Phone (202) 408-5565
                                                        Fax (202) 566-5020

                                                        Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL LEAVITT, Secretary of the Department of Health and Human Services, *et al.*,<br><br>Defendants. | Civil No. 08-cv-0576-ESH |

**ORDER**

The Court having considered plaintiff's unopposed motion to for an extension of time, and the entire record herein, it is hereby

ORDERED that plaintiff's motion is granted and it is further

ORDERED that plaintiff's Opposition to Defendants' Motion for Summary Judgment is due July 22, 2008.


DATED_____        _____
                             ELLEN S. HUVELLE
                             UNITED STATES DISTRICT JUDGE

.