IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, | ) ) ) | |
| Plaintiff, | ) ) | CV-08-0576 (ESH) |
| vs. | ) ) | |
| MICHAEL LEAVITT, SECRETARY, DEPARTMENT OF HEALTH AND HUMAN SERVICES, and | ) ) ) ) | |
| DEPARTMENT OF HEALTH AND HUMAN SERVICES, | ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), Defendants hereby move for an enlargement of time until August 15, 2005, in which to file their reply brief in support of their motion for summary judgment. This request is made in good faith and with good cause, as set forth below:

1.  Plaintiff filed its Complaint on April 4, 2008.

2.  Defendants filed their answer and a motion for summary judgment on July 1, 2008.

3.  Plaintiff filed its response to the motion on July 22, 2008, so Defendants's reply brief is due on August 1, 2008.

4.  As a result of the undersigned's travel schedule, and upcoming litigation deadlines in other matters, Defendants respectfully seek an extension of time until August 15, 2008, in which to file their reply brief.

5.   Pursuant to Local Rule 7(m), undersigned counsel has consulted with Plaintiff's counsel, Scott Hodes, and Mr. Hodes indicated that Plaintiff does not oppose the requested extension.

Accordingly, Defendants respectfully request that their motion for an enlargement of time be granted.

Dated: July 30, 2008                 Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

ELIZABETH SHAPIRO
Assistant Branch Director
Federal Programs Branch


\s\ *Diane Kelleher*
DIANE KELLEHER
Senior Counsel
United States Department of Justice
Civil Division, Rm. 7318
20 Massachusetts Ave, NW
Washington, D.C. 20530
Telephone:   (202) 514-4775
Fax:         (202) 616-8470
E-mail:      Diane.Kelleher@usdoj.gov

*Counsel for Defendant*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, ) ) ) Plaintiff, ) ) vs. ) ) MICHAEL LEAVITT, SECRETARY, DEPARTMENT ) OF HEALTH AND HUMAN SERVICES, and ) ) DEPARTMENT OF HEALTH AND HUMAN ) SERVICES, ) ) Defendants. ) _____) | CV-08-0576 (ESH) |

[PROPOSED] ORDER

Upon consideration of DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME, and for cause shown, it is hereby ORDERED that Defendants shall have until August 15, 2008, to file their reply brief in support of their motion for summary judgment.

Dated: _____                           _____
                                              ELLEN S. HUVELLE
                                              UNITED STATES DISTRICT JUDGE